IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

CHHATRALA GRAND RAPIDS, LLC,   Chapter 11
                                Case No. 19-03908
      Debtor.                   Hon. John T. Gregg
_____)

In re:

BHOGAL ENTERPRISES, LLC,       Chapter 11
                                Case No. 19-03909
      Debtor.                   Hon. John T. Gregg
_____)

## **VERIFIED MOTION FOR SUBSTANTIVE CONSOLIDATION**

**CHHATRALA GRAND RAPIDS, LLC and BHOGAL ENTERPRISES, LLC,** Debtors and Debtor-in-Possession in the above-captioned Chapter 11 cases, through their counsel, Steinberg Shapiro & Clark, respectfully move this Court for approval of the following Motion and in support thereof, states the following:

### **The Parties**

1.    On the date hereof (the "Commencement Date"), Chhatrala Grand Rapids, LLC and Bhogal Enterprises, LLC, commenced with this Court voluntary

1

cases under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtors are authorized to continue to operate their business and manage their property as debtors-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or statutory committee of creditors has been appointed in this chapter 11 case.

2. Chhatrala Grand Rapids, LLC ("Chhatrala") and Bhogal Enterprises, LLC ("Bhogal", and collectively "Debtors") operate as the Crowne Plaza Grand Rapids, a 320-room full-service hotel built in 1980. Chhatrala was acquired by its current owners in October 2017 when they purchased its equity. The property features all traditional services of an upscale hotel of this size with other amenities including a restaurant, lounge, fitness facility, indoor/outdoor swimming pool, business center, sundries shop and meeting spaces.  The hotel is in an ideal location, approximately 12 miles from Downtown Grand Rapids and 4.4 miles from the Gerald Ford International Airport.

3. Consistent with their purchase of the equity of Chhatrala in 2017, Debtors' principals formed Bhogal to acquire the assets and liabilities from Chhatrala.

4. The Debtors' financial issues are primarily a factor of the cost of improvements required by the Debtors' franchisor, including that the Debtors use

2

certain expensive contractors, and Debtors' inability to fund these improvements. The inability to fund improvements has capped the amounts the Debtors can charge for rooms, and has impaired the Debtors' ability to service their debt.

5. While a transfer of the franchise agreement from Chhatrala to Bhogal was effected prior to the commencement of these proceedings, and additional bank accounts were opened in the name of Bhogal, a complete transfer was not effected prior to the filing of these cases. Debtors have filed the present motion for substantive consolidation to treat the assets and liabilities of each of the Debtors as the assets and liabilities of Bhogal Enterprises, LLC and effectively complete the process started by the Debtors in February 2019.

6. A Bankruptcy Court using its equitable powers under 11 USC § 105 has the ability to substantively consolidate a nondebtor with a debtor entity. *Mather v. G.K. Pipe Corp.*, 130 BR 588, 591-93 (Bankr. E.D. Okla. 1991); *see also Munford Inc. v. TOC Retail*, 115 BR 390 (Bankr. N.D. Ga. 1990) (debtor convenience store substantively consolidated with nondebtor management company). Even easier, the Court may consolidate two Debtor-entities, where facts and circumstances so justify. To determine whether substantive consolidation is warranted, Courts must balance six factors that examine the interrelationship of the entities:

      a.      The presence or absence of consolidated business or financial records;
      b.      Unity of interest and ownership between the debtors;
      c.      The existence of parent or intercorporate guarantees or loans;
      d.      Degree of difficulty in segregating and ascertaining separate assets and liabilities;
      e.      Existence of transfers of assets without observance of corporate or other legal formalities; and
      f.      The profitability of consolidation at a single location *Matter of New Center Hospital*, 179 BR 848, 856 (E.D. Mich. 1994).

7.     In the present case, all of the foregoing factors mitigate in favor of substantive consolidation.

8.     As indicated above, there is no functional difference between the Debtors. The existence of two separate entitles is no more than evidence of a process that was started and never completed, except with regard to the transfer of the franchise agreement and creation of bank accounts. The Debtor LLCs have no separate record-keeping or financial reporting.

9.     Surinder ("Sam") Bhogal is the manager and sole member of Chhatrala Grand Rapids, LLC. Sam and his wife, Bhavneet ("Simi") Bhogal are each 50% members and co-managers of Bhogal Enterprises, LLC. Both are personal guarantors on the secured debt and franchise agreements of the Debtors.

10.     Mortgages and tax bills on the property are recorded or reported in the name of Chhatrala, the loans having been extended and mortgages having been

recorded before the franchise agreement was transferred into the name of Bhogal Enterprises. At very least, it is clear that Chhatrala is the primary obligor, and Sam and Simi Bhogal are guarantors on all outstanding obligations which are the subject of these Chapter 11 proceedings.

11. As set forth above, the combined LLCs have one sole function, which is to operate the hotel and its ancillary businesses. Because the only significant asset that had been transferred to Bhogal Enterprises by the date of filing was the franchise, there is no real difficulty in separating assets, there is great difficulty discerning why property titled in the name of each Debtor should not be included in a single estate in this case.

12. Based upon the foregoing analysis, the Debtors submit that substantive consolidation of Chhatrala Grand Rapids, LLC and Bhogal Enterprises, LLC and their assets and liabilities within a single estate in the above-captioned Chapter 11 proceedings, is in the best interests of all parties to these proceedings. Accordingly, the Debtors request that the caption of the Chapter 11 Cases be modified to reflect their substantive consolidation, under the case number assigned to Chhatrala Grand Rapids, LLC, as follows:

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

CHHATRALA GRAND RAPIDS, LLC[1],

    Debtor.
_____)

Chapter 11
Case No. 19-03908
Hon. John T. Gregg
(Substantively Consolidated)

1 The Debtors in these jointly administered proceedings are: Chhatrala Grand Rapids, LLC, Case No. 19-03908; and Bhogal Enterprises, LLC, Case No. 19-03909.

13.    The Debtors request that a docket entry be made in each of the above-captioned cases, reading substantially as follows:

> "An Order has been entered in this case directing the substantive consolidation of the Chapter 11 Cases of Chhatrala Grand Rapids, LLC; and Bhogal Enterprises, LLC. Hereafter, the docket for Case No. 19-03908 should be consulted for all matters affecting these Debtors."

**WHEREFORE,** Chhatrala Grand Rapids, LLC and Bhogal Enterprises, LLC**,** respectfully request that this Honorable Court enter an Order Substantively Consolidating the Debtor LLCs, creating one estate in these proceedings.

STEINBERG SHAPIRO & CLARK

/s/ Mark H. Shapiro (P43134)
Attorney for Debtors-in-Possession
25925 Telegraph Road, Suite 203
Southfield, MI 48033
(248) 352-4700
shapiro@steinbergshapiro.com

Date: September 16, 2019

## VERIFICATION OF MOTION

We have read the foregoing Motion. We are familiar with the underlying facts, and can attest to the accuracy of the statements contained therein.

CHHATRALA GRAND RAPIDS, LLC
MEMBER/MANAGER

/s/ Surinder Bhogal

BHOGAL ENTERPRISES, LLC
MEMBERS/CO-MANAGERS

/s/ Surinder Bhogal


/s/ Bhavneet Bhogal


Date:   September 16, 2019

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

CHHATRALA GRAND RAPIDS, LLC,          Chapter 11
                                      Case No. 19-03908
        Debtor.                       Hon. John T. Gregg
_____)

In re:

BHOGAL ENTERPRISES, LLC,              Chapter 11
                                      Case No. 19-03909
        Debtor.                       Hon. John T. Gregg
_____)

**ORDER FOR SUBSTANTIVE CONSOLIDATION
OF THE DEBTORS' CHAPTER 11 CASES**

Upon the motion (the "Motion"), of the above-captioned Debtors (collectively, the "Debtors") for entry of an order (the "Order") for substantive consolidation of the above-captioned Chapter 11 estates and cases (the "Chapter 11 Cases"); and the Court having reviewed the Motion and any responses thereto, and having determined that notice of the Motion was adequate and proper under the circumstances; and that no further notice is necessary or required; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(a); and it appearing that substantive consolidation of the Chapter 11 Cases is appropriate; and it appearing that the relief requested is in the best interests of the Debtors, their respective estates,

creditors and equity security holders; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED that the Motion is granted.

IT IS FURTHER ORDERED that these Chapter 11 Cases and the estates of the Debtors, Chhatrala Grand Rapids, LLC and Bhogal Enterprises, LLC shall be, and hereby are, substantively consolidated and shall be administered jointly by the Court as one case and a single estate.

IT IS FURTHER ORDERED that the Clerk of the Court shall maintain one file and one docket for the consolidated Chapter 11 Cases, which file and docket shall be Chhatrala Grand Rapids, LLC, as follows:

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

CHHATRALA GRAND RAPIDS, LLC[1],

    Debtor.

_____)

Chapter 11
Case No. 19-03908
Hon. John T. Gregg
(Substantively Consolidated)

---

[1] The Debtors in these jointly administered proceedings are: Chhatrala Grand Rapids, LLC, Case No. 19-03908; and Bhogal Enterprises, LLC, Case No. 19-03909.

IT IS FURTHER ORDERED that the Clerk of the Court shall make a docket entry in each of the above-captioned cases, reading substantially as follows:

"An Order has been entered in this case directing the substantive consolidation of the Chapter 11 Cases of Chhatrala Grand Rapids, LLC; and Bhogal Enterprises, LLC. Hereafter, the docket for Case No. 19-03908 should be consulted for all matters affecting these Debtors."

IT IS FURTHER ORDERED that this Order shall constitute notice and be served upon all parties listed on the matrix of each of the jointly administered cases as described herein.

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

| | |
|---|---|
| CHHATRALA GRAND RAPIDS, LLC, | Chapter 11<br>Case No. 19-03908 |
| Debtor.<br>_____) | Hon. John T. Gregg |

In re:

| | |
|---|---|
| BHOGAL ENTERPRISES, LLC, | Chapter 11<br>Case No. 19-03909 |
| Debtor.<br>_____) | Hon. John T. Gregg |

**14 DAY NOTICE OF MOTION OF DEBTORS FOR ORDER
FOR SUBSTANTIVE CONSOLIDATION OF CHAPTER 11 CASES**

**Chhatrala Grand Rapids, LLC and Bhogal Enterprises, LLC,** the above-captioned Chapter 11 Debtors-in-Possession (collectively, the "Debtors"), have filed a motion with the Court for entry of an order substantively consolidating the estates of the above-captioned Chapter 11 cases (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Motion, or if you want the Court to consider your views on the Motion, within 14 days from the date of this notice, you or your attorney must:

1. File with the court a written objection or request for hearing, explaining your position at:[1]

> **INTAKE OFFICE**
> **U.S. Bankruptcy Court**
> 1 Division Ave., N, Room 200
> Grand Rapids, MI 49503

If you mail your objection or request for hearing to the court for filing, you must mail it early enough so the Court will **receive** it before the 14 day period expires.

2. Mail a copy to:

> **STEINBERG SHAPIRO & CLARK**
> **c/o Mark H. Shapiro, Esq.**
> 25925 Telegraph Road, Suite 203
> Southfield, MI 48033

If an objection or request for hearing is timely filed, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

STEINBERG SHAPIRO & CLARK

/s/ Mark H. Shapiro (P43134)
Attorney for Debtors in Possession
25925 Telegraph Road, Suite 203
Southfield, MI 48033
248-352-4700
Date: September 16, 2019     shapiro@steinbergshapiro.com

---

[1] Objection or request for hearing must comply with F.R. Civ.P. 8(b), (c) and (e)

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

CHHATRALA GRAND RAPIDS, LLC,          Chapter 11
                                       Case No. 19-03908
        Debtor.                        Hon. John T. Gregg
_____)

In re:

BHOGAL ENTERPRISES, LLC,               Chapter 11
                                       Case No. 19-03909
        Debtor.                        Hon. John T. Gregg
_____)

## CERTIFICATE OF SERVICE

I certify that on September 16, 2019, I served documents as follows:

| | |
|---|---|
| Documents Served: | 14 Day Notice of Motion of Debtors for Order Substantive Consolidation of estates of Chapter 11 Cases |
| Served Upon: | All parties listed on attached matrices |
| Method of Service: | First Class Mail |

   /s/ Joy L. Brown, Legal Assistant
Steinberg Shapiro & Clark
25925 Telegraph Road, Suite 203
Southfield, MI 48033
(248) 352-4700
jbrown@steinbergshapiro.com

```
Label Matrix for local noticing        A & Y Soft Water, Inc.              (p)AMERICAN AUTOMOBILE ASSOCIATION  INC
0646-1                                  6450 Shearer Road                   1000 AAA DRIVE MAIL STOP 8
Case 19-03908-jtg                       Greenville MI 48838-9100            HEATHROW FL 32746-5063
Western District of Michigan
Grand Rapids
Mon Sep 16 08:03:58 EDT 2019

AT&T                                    Access Point Financial, Inc.       Action Plumbing & Mechanical,
PO Box 5091                             1 Ravinia Drive                     1134 Morren Court
Carol Stream IL 60197-5091              Suite 900                           Wayland MI 49348-8944
                                        Atlanta GA 30346-2120


Airgas National Carbonation             Airgas USA, LLC                     Alesia Renee Griffin
Wells Fargo                             PO box 802576                       18636 Robson St.
PO Box 602792                           Chicago IL 60680-2576               Detroit MI 48235-2809
Charlotte NC 28260-2792


AmTrust North America                   American Consumer Shows             American Hotel Register
PO Box 6939                             6901 Jericho Tpke.                  PO Box 206720
Cleveland OH 44101-1939                 Suite 250                           Dallas TX 75320-6720
                                        Southold NY 11971-4626


Arrowwaste, Inc.                        Best Cleaners                       Cadillac Coffee Company
PO Box 828                              5925 D 28th Street                  PO Box 932249
Jenison MI 49429-0828                   Grand Rapids MI 49546-6955          Cleveland OH 44193-0010


Cascade Charter Twp.                    Cascade Rental Center               Champ Sports Travel, LLC
Kenneth B. Pierce, Treasurer            6410 East Fulton                    1760 Dorothea Rd.
2865 Thornhills Ave SE                  Grand Rapids MI 49546               Berkley MI 48072-2112
Grand Rapids MI 49546-7192


Matthew W. Cheney                       Chhatrala Grand Rapids, LLC         Clear Channel Airports
Office of the US Trustee                23415 Pleasant Meadow Road          PO Box 847247
The Ledyard Building, 2nd Floor         Diamond Bar, CA 91765-3366          Dallas TX 75284-7247
125 Ottawa NW, Suite 200R
Grand Rapids, MI 49503-2865


Coca-Cola Distribution                  Courtesy Products                   Cozzini Bros., Inc.
PO Box 809082                           PO Box 840020                       350 Howard Ave.
Chicago IL 60680-9082                   Kansas City MO 64184-0020           Des Plaines IL 60018-1908


Curtis Equipment Co.                    Cut Acre Lawn Care                  DTE Energy
1410 W. Main                            303 S. Hardwick Dr. SW              PO Box 740786
PO Box 209                              Grand Rapids MI 49548-6720          Cincinnati OH 45274-0786
Lowell MI 49331-0209


Delta Hotels- Grand Rapids Air          Delta Lighting Products Inc.        Dormakaba Canada, Inc.
3333 28th Street SE                     2570 Metropolitan Drive             PO Box 896502
Grand Rapids MI 49512-1677              Feasterville Trevose PA 19053-6797  Charlotte NC 28289-6502
```

| | | |
|---|---|---|
| Dow Jones & Co.<br>Wall St Jrnl or Barrons<br>PO Box 4137<br>New York NY 10261-4137 | Edward Don & Company<br>2562 Paysphere Circle<br>Chicago IL 60674-0001 | Experience Grand Rapids<br>Attn:  Assessment<br>171 Monroe Ave., NW Suite 545<br>Grand Rapids MI 49503-6204 |
| Field's Fire Protection<br>4303 40th Street SE<br>PO Box 5935<br>Grand Rapids MI 49512-4102 | Fish Window Cleaning<br>PO Box 723<br>Grandville MI 49468-0723 | G. Wilson Horde, III<br>Burr & Forman, LLP<br>171 Seventeenth St., NW<br>Ste. 1100<br>Atlanta GA 30363-1029 |
| GLSCO<br>PO Box 9<br>New Baltimore MI 48047-0009 | Gordon Food Service<br>PO Box 88029<br>Chicago IL 60680-1029 | Grainger<br>Dept. 886984364<br>Palatine IL 60038-0001 |
| Green Home Cleaning & Restorat<br>2952 Fingers Drive NE<br>Grand Rapids MI 49525-1100 | Greenleaf Compaction, Inc.<br>Dept. #2008<br>PO Box 29661<br>Phoenix AZ 85038-9661 | HD Supply Facilities Maintenan<br>PO Box 509058<br>San Diego CA 92150-9058 |
| Hospitality WiFi<br>520 E. Montford Avenue<br>Ada OH 45810-1821 | Hotel Credit Association<br>PO Box 459<br>Grafton IL 62037-0459 | ITA Inc.<br>ITA Audio Visual Solutions<br>PO Box 633194<br>Cincinnati OH 45263-3194 |
| InnerWorkings<br>Attn. Accounts Receivable<br>7503 Solutions Center<br>Chicago IL 60677-7005 | Intercontinental Hotel Group<br>PO Box 101074<br>Atlanta GA 30392-1074 | Intermedia.Net Inc.<br>PO Box 398897<br>San Francisco CA 94139-8897 |
| Internal Revenue Service<br>Centralized Insolvency Unit<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kent County Treaurer<br>300 Monroe NW<br>PO Box Y<br>Grand Rapids MI 49501-4925 | Kingsland Ace Hardware<br>6549 28th Street SE<br>Grand Rapids MI 49546-6992 |
| Lawson Products, Inc.<br>PO Box 809401<br>Chicago IL 60680-9401 | Leslie's Poolmart, Inc.<br>PO Box 501162<br>Saint Louis MO 63150-1162 | Lifestyles Media Group, LLC<br>PO Box 51300<br>Phoenix AZ 85076-1300 |
| M3 Accounting Services, Inc.<br>1715 N Brown Road<br>Bldg A, Suite 200<br>Lawrenceville GA 30043-8119 | MI DEPT OF TREASURY<br>COLLECTION DIVISION/BANKRUPTCY<br>PO BOX 30168<br>LANSING, MI 48909-7668 | Marshall Hotels & Resorts Inc.<br>1315 South Division Street<br>Salisbury MD 21804-6920 |
| Mary Free Bed Wheelchair & Ada<br>Attn:  Jeo Pantoja<br>235 Wealthy St. SE<br>Grand Rapids MI 49503-5247 | Maurer's Textile Rental Servic<br>PO Box 515<br>DeWitt MI 48820-0515 | Michael D. Almassian<br>Keller & Almassian, PLC<br>230 Fulton Street, East<br>Grand Rapids MI 49503-3211 |

| | | |
|---|---|---|
| Michigan Dept. of Treasury<br>Tax Collection Enforcement<br>Bankruptcy Section<br>Treasury Building<br>Lansing, MI 48922-0001 | Michigan Society of Assn Execs<br>1350 Haslett Road<br>East Lansing MI 48823-2823 | (p)STATE OF MICHIGAN UNEMPLOYMENT INSURANCE<br>ATTN BANKRUPTCY UNIT<br>3024 W GRAND BLVD<br>SUITE 12-100<br>DETROIT MI 48202-6024 |
| Miltech Inc<br>3776 Division Avenue<br>Wayland MI 49348-9757 | Model Coverall Service Inc<br>PO Box 8037<br>Grand Rapids MI 49518-8037 | Model First Aid Safety & Train<br>PO Box 8037<br>Grand Rapids MI 49518-8037 |
| Mood Media<br>PO Box 71070<br>Charlotte NC 28272-1070 | My TBD Sports LLC<br>PO Box 664<br>Ankeny IA 50021-0664 | Nichols Paper & Supply Co.<br>2647 Momentum Place<br>Chicago IL 60689-5326 |
| Office Depot<br>PO Box 633301<br>Cincinnati OH 45263-3301 | Otis Elevator Company<br>PO Box 73579<br>Chicago IL 60673-7579 | PM Engraving Company<br>4621 Clyde Park SW<br>Wyoming MI 49509-5112 |
| PSE Event Housing LLC<br>Dept. 5081<br>PO Box 4110<br>Woburn MA 01888-4110 | Pitney Bowes<br>PO Box 371896<br>Pittsburgh PA 15250-7896 | Professional Travel & Dolphin<br>2850 Thornhills Ave SE<br>Grand Rapids MI 49546-7120 |
| Quality Air Heating & Cooling<br>3395 Kraft S.E.<br>Grand Rapids MI 49512-2029 | Quality Draft Systems<br>3876 East Paris SE<br>Unit 16<br>Grand Rapids MI 49512-3974 | Quality Pool & Spa Inc<br>3100 Broadmoor SE<br>Grand Rapids MI 49512-1845 |
| Quore Systems LLC<br>5000 Meridian Blvd., Suite 400<br>Franklin TN 37067-6675 | RoomRoster LLC<br>PO Box 4598<br>Carol Stream IL 60197-4598 | SECURITIES & EXCHANGE COMM<br>BANKRUPTCY SECTION<br>175 W. JACKSON BLVD.<br>SUITE 900<br>CHICAGO, IL 60604-2815 |
| Mark H. Shapiro<br>Steinberg Shapiro & Clark<br>25925 Telegraph Road, Suite 203<br>Southfield, MI 48033-2527 | Shiva Management, Inc.<br>3276 Rosecrans St.<br>Ste. 204<br>San Diego CA 92110-4838 | Sir Speedy<br>4513 - A Broadmoor SE<br>Grand Rapids MI 49512-5313 |
| Sitting Pretty Grand Rapids LL<br>7073 Willard Ave SE<br>Grand Rapids MI 49548-7359 | Soc of Govt Mtg Professionals<br>3337 Duke St.<br>Alexandria VA 22314-5219 | Sonifi Solutions Inc<br>PO Box 505225<br>Saint Louis MO 63150-5225 |
| Team Financial Group Inc<br>650 Three Mile Rd NW<br>Suite 200<br>Grand Rapids MI 49544-1624 | The Embroidery House Inc<br>Hardwoods Print & Advertising<br>2688 Edward<br>Jenison MI 49428-8187 | Traveling Teams<br>PO Box 771954<br>Detroit MI 48277-1954 |

| | | |
|---|---|---|
| UNITED STATES TRUSTEE<br>THE LEDYARD BUILDING, 2ND FLOOR<br>125 OTTAWA NW, SUITE 200R<br>GRAND RAPIDS, MI 49503-2837 | USA Today<br>PO Box 677446<br>Dallas TX 75267-7446 | Vistar<br>PO Box 784866<br>Philadelphia PA 19178-4866 |
| Voss Lighting<br>Attn: Accounts Receivable<br>PO Box 22159<br>Lincoln NE 68542-2159 | West MI Hispanic Chamber of Co<br>2007 Division Ave. S<br>Grand Rapids MI 49507-3013 | White Star Tour Inc<br>26 E. Lancaster Ave.<br>Reading PA 19607-2693 |
| Whitecaps Prof Baseball<br>PO Box 428<br>Comstock Park MI 49321-0428 | Wyoming Kentwood Area Chamber<br>4415 Byron Center Ave. SW<br>Wyoming MI 49519-4800 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| AAA<br>AAA_ Mail Stop 2<br>1000 AAA Drive<br>Lake Mary FL 32746-5063 | Michigan Unemployment Insurance Agency<br>3024 West Grand Blvd.<br>Tax Office, Suite 12-300<br>Detroit, MI 48202 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Andrea Sharp | (u)H. Writers LLC | (d)United States Trustee<br>The Ledyard Building, 2nd Floor<br>125 Ottawa NW, Suite 200R<br>Grand Rapids, MI 49503-2837 |

End of Label Matrix
Mailable recipients    97
Bypassed recipients     3
Total                 100

```
Label Matrix for local noticing       Bhogal Enterprises, LLC               Matthew W. Cheney
0646-1                                23415 Pleasant Meadow Road            Office of the US Trustee
Case 19-03909-jtg                     Diamond Bar, CA 91765-3366            The Ledyard Building, 2nd Floor
Western District of Michigan                                                125 Ottawa NW, Suite 200R
Grand Rapids                                                                Grand Rapids, MI 49503-2865
Mon Sep 16 08:04:38 EDT 2019

Holiday Hospitality Franchisin        Intercontinental Hotel Group          Internal Revenue Service
Three Ravinia Dr.                     PO Box 101074                         Centralized Insolvency Unit
Ste. 100                              Atlanta GA 30392-1074                 PO Box 7346
Atlanta GA 30346-2121                                                       Philadelphia, PA 19101-7346


MI DEPT OF TREASURY                   Michigan Dept. of Treasury            (p)STATE OF MICHIGAN UNEMPLOYMENT INSURANCE
COLLECTION DIVISION/BANKRUPTCY        Tax Collection Enforcement            ATTN BANKRUPTCY UNIT
PO BOX 30168                          Bankruptcy Section                    3024 W GRAND BLVD
LANSING, MI 48909-7668                Treasury Building                     SUITE 12-100
                                      Lansing, MI 48922-0001                DETROIT MI 48202-6024


SECURITIES & EXCHANGE COMM            Mark H. Shapiro                       UNITED STATES TRUSTEE
BANKRUPTCY SECTION                    Steinberg Shapiro & Clark             THE LEDYARD BUILDING, 2ND FLOOR
175 W. JACKSON BLVD.                  25925 Telegraph Road, Suite 203       125 OTTAWA NW, SUITE 200R
SUITE 900                             Southfield, MI 48033-2527             GRAND RAPIDS, MI 49503-2837
CHICAGO, IL 60604-2815
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Michigan Unemployment Insurance Agency
3024 West Grand Blvd.
Tax Office, Suite 12-300
Detroit, MI 48202
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)United States Trustee              End of Label Matrix
The Ledyard Building, 2nd Floor       Mailable recipients    11
125 Ottawa NW, Suite 200R             Bypassed recipients     1
Grand Rapids, MI 49503-2837           Total                  12
```