Form DEF7 (03/19)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Bhogal Enterprises, LLC**<br>23415 Pleasant Meadow Road<br>Diamond Bar, CA 91765<br>Tax ID: 83-3789535<br><br>**Debtor** | **Case Number 19-03909-jtg**<br><br>**Chapter 11**<br><br>**Honorable John T. Gregg** |

# NOTICE OF FILING(S) DUE

A petition was filed in the above-referenced case on 9/16/19 . Please be advised that the following list of documents have not been filed with the petition and must be filed in the immediate future.

       Schedules A/B-H due 9/30/2019.
       Summary of Assets and Liabilities due 9/30/2019.
       Declaration Under Penalty Of Perjury due: 9/30/2019.
       Statement of Financial Affairs due 9/30/2019.
       Verification of Matrix due 9/30/2019.

Local Rule 5005-2(f) of this Court requires that certain documents be filed simultaneously with the petition commencing a bankruptcy case. Pursuant to said Local Rule, if the defect is not corrected by the filing of the missing papers within 14 days of service of the Notice of Filings Due, the case may be dismissed without further notice to the debtor or any interested parties. Please note that all documents must be signed or accompanied by sworn declaration.



Michelle M. Wilson
Clerk of Court

**Dated:** September 17, 2019

---

[1] *Aliases for Debtor Bhogal Enterprises, LLC : dba Crowne Plaza Grand Rapids, fka Chhatrala Grand Rapids, LLC*